IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

The Huntington National Bank,
successor by merger to TCF National
Bank and Chemical Bank,

      Plaintiff,                         Case No. 1:23-cv-1106
                                     Hon. Jane M. Beckering

vs

Pere Marquette Builders, L.L.C., a Michigan
limited liability company, Scot Latimer
and Quality Construction and Excavation,
Inc., a Michigan corporation,

      Defendants.

_____

**REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT AS TO PERE
MARQUETTE BUILDERS, L.LC. AND SCOT LATIMER JOINT AND
SEVERALLY, ONLY**

In accordance with Fed. R. Civ. P. 55(b)(1), it is requested that the Clerk

of the Court enter a judgment by default against Pere Marquette Builders,

L.L.C., a Michigan limited liability company, and Scot Latimer, jointly and

severally, in the sum of **$376,232.65**.

**AFFIDAVIT**

In support of my request for Clerk's Entry of Default Judgment, I declare

under penalty of perjury that the following statements are true and correct:

1.      The summons and complaint were personally served on each of

Pere Marquette Builders, L.L.C., a Michigan limited liability company, and Scot

Latimer on October 25, 2023.  ECF No. 5, PageID 68-69.

2.      Pere Marquette Builders, L.L.C., a Michigan limited liability

company, and Scot Latimer were required to file an answer or file a motion

under Fed. R. Civ. P. 12 on or before November 15, 2023.

3.      Upon the failure of Pere Marquette Builders, L.L.C., a Michigan

limited liability company, and Scot Latimer to plead or otherwise defend in

accordance with Fed. R. Civ. P. 12, their defaults were entered on January 18,

2024. ECF No. 14, PageID. 83.

4.      The Defendants are not infants, incompetent persons or members

of the military service.

5.      Plaintiff, The Huntington National Bank, successor by merger to

TCF National Bank and Chemical Bank, is entitled to judgment against Pere

Marquette Builders, L.L.C., a Michigan limited liability company, and Scot

Latimer, jointly and severally, in the aggregate sum of **376,232.65**, as of

February 22, 2024, detailed as follows:

A.      The sum of **25,124.14** pursuant to the default in the terms of

Note A, as set forth in Count I of the Complaint, consisting of principal of

$24,294.09, and accrued interest of $830.05; and,

B.      The sum of **$313,243.77** pursuant to the default in the terms of

Note B, as set forth in Count II of the Complaint, and the default in the terms of

the Guaranty, as set forth in Count IV of the Complaint, consisting of principal

of $217,500.00, and accrued interest of $95,743.77; and,

C.      The sum of **$28,665.96** pursuant to the default in the terms of

Note C, as set forth in Count III of the Complaint, and the default in the terms

of the Guaranty, as set forth in Count IV of the Complaint, consisting of

principal of $27,262.29, accrued interest of $1,312.00, late charges of $57.67,

and collateral filing fees of $34.00; and,

D.      Contractually agreed upon reimbursable costs of UCC searches,

site inspections, title searches and appraisals of **$2,707.50** (ECF No. 1,

Exhibits 1, 2, 4, 5, 6, 7 to Complaint); and,

E.      Contractually agreed upon reimbursable attorneys' fees of

**$6,491.28** (Exhibits 1, 2, 4, 5, 6, 7 to Complaint).

F.      Each item of expense was actually and necessarily incurred, and

the services for which reimbursement is sought were actually performed and

necessary for the protection of the rights of the Plaintiff.

Plunkett Cooney

/s/Douglas C. Bernstein
Douglas C. Bernstein (P33833)
38505 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
(248) 901-4091
dbernstein@plunkettcooney.com

February 23, 2024

Open.01491.32658.33217017-1

4