UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK,
successor by merger to TCF National
Bank and Chemical Bank,

    Plaintiff,

v.

                                  Case No. 1:23-cv-1106
                                  HON. JANE M. BECKERING

PERE MARQUETTE
BUILDERS, L.L.C., et al.,

    Defendants.
_____/

## ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS PERE MARQUETTE BUILDERS, LLC AND SCOTT LATIMER

    Defendants have failed to respond to the complaint and are now in Default. Therefore, upon request of the Plaintiff, Default Judgment is hereby entered against Defendants Pere Marquette Builders, LLC and Scott Latimer, as provided in Rule 55(b)(1), Federal Rules of Civil Procedure, in the amount of $376,232.65.

Date:  February 26, 2024                          /s/ N. Stimec

                                                                    Deputy Clerk of the Court