UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK,
successor by merger to TCF National
Bank and Chemical Bank,

    Plaintiff,

v.

PERE MARQUETTE
BUILDERS, L.L.C., et al.,

    Defendants.
_____/

Case No. 1:23-cv-1106

HON. JANE M. BECKERING

## ORDER OF DISMISSAL

On February 21, 2024, the Court issued an Order to Show Cause (ECF No. 25), requiring Plaintiff to, not later than March 6, 2024, move for default judgment against Defendants or show cause in writing why the Court should not dismiss the case for lack of prosecution. A review of the court record reveals that Plaintiff has failed to comply with the order to show cause as to Defendant Quality Construction and Excavation, Inc. Accordingly:

**IT IS HEREBY ORDERED** that, pursuant to W.D. Mich. LCivR 41.1 and FED. R. CIV. P. 41, this action as to Defendant Quality Construction and Excavation, Inc. is DISMISSED without prejudice for lack of prosecution.

This Order closes the case.

Dated: March 8, 2024

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge